1  Kresta Nora Daly, SBN 199689
   Mikhail Parnes, SBN 300922
2  **BARTH DALY LLP**
   431 "I" Street, Suite 201
3  Sacramento, California 95814
   Telephone: (916) 440-8600
4  Facsimile: (916) 440-9610
   Email: kdaly@barth-daly.com
5
   Attorneys for Defendant
6  JASVIR KAUR

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )   Case No. 2:14-CR-00169-GEB
                                           )
12          Plaintiff,                     )   **STIPULATION AND ORDER**
                                           )
13      v.                                 )
                                           )
14  JASVIR KAUR and HARJIT JOHAL           )
                                           )
15          Defendant.                     )
                                           )
16  _____       )

17

18      Plaintiff United States of America, by and through its counsel of record, and defendant

19  Jasvir Kaur and Harjit Johal, by and through their counsel of record, hereby stipulate as follows:

20      1.      By previous order, this matter was set for a status conference on May 27, 2016.

21      2.      By this stipulation, defendants now move to vacate the status conference and set a

22  status hearing for July 29, 2016.  Defendants seek to exclude time under Local Code T4.  Plaintiff

23  does not oppose this request.

24      3.      The parties agree and stipulate, and request that the Court find the following:

25          a.      On or about October 1, 2015 the grand jury returned a superseding

26  indictment.  The superseding indictment adds Jasvir Kaur as a defendant in this case.  Ms. Kaur

27  was arraigned on October 6, 2015.

28          b.  Defense counsel has received discovery and is in the process of reviewing it

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

1  and conducting an investigation.

2       c.    The government does not object to the continuance.

3       d.    Based on the above-stated findings, the ends of justice served by

4  continuing the case as requested outweigh the interest of the public and the defendants in a trial

5  within the original date prescribed by the Speedy Trial Act.

6       e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §

7  3161, et seq., within which trial must commence, the time period of May 27, 2016 to July 29,

8  2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

9  T4] because it results from a continuance granted by the Court at each defendant's request on the

10  basis of the Court's finding that the ends of justice served by taking such action outweigh the best

11  interest of the public and the defendants in a speedy trial.

12       f.    This case involves multiple witnesses, multiple defendants; both

13  defendants and the witnesses require interpreters.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Barth Daly LLP
Attorneys at Law
Sacramento, California

{00019009}

1        4.    Nothing in this stipulation and order shall preclude a finding that other provisions

2    of the Speedy Trial Act dictate that additional time periods are excludable from the period within

3    which a trial must commence.

4    IT IS SO STIPULATED.

5    DATED:     May 25, 2016

6                    /s/    Kresta Daly for            
                Jared Dolan

7                    Assistant United States Attorney

    DATED:     May 25, 2016

8                    /s/    Kresta Daly           
                Kresta Nora Daly

9                    Counsel for Defendant Jasvir Kaur

10

    DATED:     May 25, 2016     /s/   Kresta Daly for           

11                   Gilbert Roque

12                   Counsel for Defendant Harjit Johal

13

14                           **O R D E R**

15       IT IS SO FOUND AND ORDERED.

16   Dated:  May 26, 2016

17

18

19                           _____
                        GARLAND E. BURRELL, JR.

20                           Senior United States District Judge

21

22

23

24

25

26

27

28

{00019009}

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA