Kresta Nora Daly, SBN 199689
Mikhail Parnes, SBN 300922
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
JASVIR KAUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASVIR KAUR and HARJIT JOHAL<br><br>Defendant. | Case No. 2:14-CR-00169-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Plaintiff United States of America, by and through its counsel of record, and defendant Jasvir Kaur and Harjit Johal, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on July 29, 2016.

2. By this stipulation, defendants now move to vacate the status conference and set a status hearing for September 30, 2016. Defendants seek to exclude time under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. On or about October 1, 2015 the grand jury returned a superseding indictment. The superseding indictment adds Jasvir Kaur as a defendant in this case. Ms. Kaur was arraigned on October 6, 2015.

   b. Defense counsel has received discovery and is in the process of reviewing it

{00019605}

1 and conducting an investigation.

2       c. The government does not object to the continuance.

3       d. Based on the above-stated findings, the ends of justice served by
4 continuing the case as requested outweigh the interest of the public and the defendants in a trial
5 within the original date prescribed by the Speedy Trial Act.

6       e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §
7 3161, et seq., within which trial must commence, the time period of July 29, 2016 to September
8 30, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local
9 Code T4] because it results from a continuance granted by the Court at each defendant's request
10 on the basis of the Court's finding that the ends of justice served by taking such action outweigh
11 the best interest of the public and the defendants in a speedy trial.

12       f. This case involves multiple witnesses, multiple defendants; both
13 defendants and the witnesses require interpreters.

14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

{00019605}

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: July 25, 2016

/s/ Kresta Daly for
Jared Dolan
Assistant United States Attorney

DATED: July 25, 2016

/s/ Kresta Daly
Kresta Nora Daly
Counsel for Defendant Jasvir Kaur

DATED: July 25, 2016

/s/ Kresta Daly for
Gilbert Roque
Counsel for Defendant Harjit Johal

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: July 27, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

{00019605}

Stipulation and [Proposed] Order 3 [Case No. 2:14-CR-00169-GEB]