PHILLIP A. TALBERT
United States Attorney
JARED C. DOLAN
JEREMY J. KELLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00169 |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER REGARDING EARLY PRODUCTION OF GRAND JURY TESTIMONY** |
| v. | |
| HARJIT KAUR JOHAL and JASVIR KAUR, | |
| Defendants. | |

### STIPULATION

The United States, through Assistant United States Attorneys Jared C. Dolan and Jeremy J. Kelley, defendant Harjit Kaur Johal, through her counsel of record Gilbert Roque, and defendant Jasvir Kaur, through her counsel Kresta Daly, hereby stipulate to the following:

1. This matter is currently set for trial before this Court on March 14, 2017.

2. To the extent that any of the witnesses who the United States will call in its case-in-chief have previously testified before the Grand Jury regarding the subject-matter of their testimony, the transcripts of their testimony would fall within the provisions of the Jencks Act, 18 U.S.C. § 3500, *et seq*.

3. In order to facilitate the efficient presentation of evidence by both parties, the parties

Stipulation re: Grand Jury Transcripts                1

believe it is in the interests of justice to permit early disclosure of any Grand Jury testimony subject to the Jencks Act.

4. Accordingly, the parties hereby agree that pursuant to Rule 6(e)(3)(E)(1) of the Federal Rules of Criminal Procedure and upon order of the Court, a proposed version of which is attached, the United States shall be permitted to produce to counsel for the defendant a copy of any Grand Jury testimony of any witness that the United States intends to call as a witness in its case-in-chief.

5. The parties further agree and stipulate that any such Grand Jury transcripts produced by the United States shall be used only with respect to the above-captioned criminal trial, and counsel for the defendant shall not disclose or provide copies of such transcripts, or summaries of their contents, to any individuals other than the defendant or any individuals that counsel has retained for the defense in this case.  Nothing in this provision limits the ability of counsel to use the transcripts, or portions thereof, in official proceedings before this Court, including trial

IT IS SO STIPULATED.

Dated:  February 10, 2017                PHILLIP A. TALBERT
                                         United States Attorney

                                         */s/ Jeremy J. Kelley*
                                         JARED C. DOLAN
                                         JEREMY J. KELLEY
                                         Assistant United States Attorneys

Dated:  February 10, 2017

                                         */s/ Gilbert Roque*
                                         GILBERT ROQUE

                                         For Defendant Harjit Kaur Johal

Dated:  February 10, 2017

                                         */s/ Kresta Daly*
                                         KRESTA DALY

                                         For Defendant Jasvir Kaur

Stipulation re: Grand Jury Transcripts         2

**[PROPOSED] ORDER**

This matter came before the Court on the parties' Stipulation for Early Production of Grand Jury Testimony. For the reasons stated in the Stipulation, and for good cause appearing, the Court HEREBY ORDERS THAT, pursuant to Rule 6(e)(3)(E)(1) of the Federal Rules of Criminal Procedure, the United States is permitted to produce to the defendants copies of the transcripts of any Grand Jury testimony by any witness the United States presently intends to call as a witness at trial.

IT IS SO ORDERED.

Dated: February 14, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge