UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:14-cr-0169-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| HARJIT KAUR JOHAL, | |
| Defendant. | |

The undersigned judge was informed that the United States contacted the Courtroom Duty Clerk on March 24, 2017 about what the United States asserts is an error in the Court Minutes. If a party opines that an error or other correction or change of the record is required, that party shall file a document on or before March 29, 2017 in which the requested change is specified and the authority justifying the change; a proposed order should also be filed.  Prior to the referenced filing an attempt should be made to resolve the matter by a stipulated proposed order. Any response to the referenced filing shall be filed the day after the referenced filing is filed.

Dated:  March 28, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1