UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JASVIR KAUR,<br><br>　　　　Defendant. | No. 2:14-cr-00169-GEB<br><br>**ORDER** |

On March 28, 2017, Defendant Jasvir Kaur filed a motion for extension of time to file a motion for a new trial. The government shall file a response to the motion no later than 4:30 p.m. on April 3, 2017.

Dated:  April 3, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　Senior United States District Judge

1