Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
JASVIR KAUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASVIR KAUR and HARJIT JOHAL<br><br>Defendant. | Case No. 2:14-CR-00169-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Plaintiff United States of America, by and through its counsel of record, and defendant Jasvir Kaur and Harjit Johal, by and through their counsel of record, hereby stipulate as follows:

1. The defendants in this matter were convicted by a jury on March 24, 2017

2. By previous order, this matter was set for sentencing for June 16, 2017.

3. The defendants require additional time to prepare their informal and formal objections and prepare for the Sentencing Hearing.

4. The parties agree and stipulate, and request the Court order the following:

    a. Judgement and Sentencing be set for July 7, 2017;

    b. Any reply or statement of non-opposition be filed no later than June 30, 2017;

    c. Motion for Correction filed no later than June 23, 2017;

    d. Final Pre-Sentence Report filed no later than June 16, 2017; and

{00021812}

1      e. Informal written objections provided to Probation and opposing counsel no later than

2  June 9, 2017.

3  IT IS SO STIPULATED.

4  DATED:     May 19, 2017

5                                              /s/   Kresta Daly for
                                            Jared Dolan
                                            Assistant United States Attorney

6  DATED:     May 19, 2017

7                                              /s/   Kresta Daly
                                            Kresta Nora Daly
8                                              Counsel for Defendant Jasvir Kaur

9  DATED:     May 19, 2017          /s/   Kresta Daly for
10                                             Gilbert Roque
                                            Counsel for Defendant Harjit Johal

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated:  May 22, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge